UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Kimberly Ann Black,

    Plaintiff,

v.                                       Case No. 13-12319

Citibank, *et al.*,                 Honorable Sean F. Cox

    Defendants.

_____/

## **ORDER**

    Acting *pro se*, on May 24, 2013, Plaintiff Kimberly Ann Black filed this suit against multiple defendants.

    "[F]ederal courts have an independent obligation to investigate and police the boundaries of their own jurisdiction." *Douglas v. E.F. Baldwin & Assocs., Inc.*, 150 F.3d 604, 607 (6th Cir. 1998). Having reviewed Plaintiff's complaint, the Court was not persuaded that Plaintiff has adequately alleged the necessary facts to establish the existence of subject matter jurisdiction. Accordingly, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of subject matter jurisdiction.

    Thereafter, Counsel has entered an appearance on behalf of Plaintiff. On June 18, 2013, Counsel for Plaintiff filed a response to the Show Cause Order, indicating that Plaintiff intends to file an Amended Complaint, and asking the Court to vacate the Show Cause Order.

    At this stage of the litigation, Plaintiff may file an Amended Complaint as a matter of course under Fed. R. Civ. P. 15(a)(1). Plaintiff, however, has not filed an Amended Complaint, nor did she attach a copy of her proposed Amended Complaint to her Show Cause Response.

Thus, this Court still cannot determine if this Court has subject matter jurisdiction.

The Court hereby ORDERS that if Plaintiff wishes to file an Amended Complaint, she shall file her Amended Complaint no later than **June 30, 2013**. If Plaintiff files an Amended Complaint by that date, this Court will make a determination as to subject matter jurisdiction based on the Amended Complaint filed by Plaintiff.

IT IS FURTHER ORDERED that if Plaintiff does not file an Amended Complaint by that date, this Court will make a determination regarding subject matter jurisdiction based upon Plaintiff's original complaint.

IT IS FURTHER ORDERED that the time for Defendants to file their first responsive pleading shall be extended until fourteen (14) days after this Court has resolved the jurisdictional issue in this action.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: June 19, 2013

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 19, 2013, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager